UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

Francisco Montes Jr.
P.O. Box 7927
Chicago, IL 60680.
312-933-6400.

VS

Case: 1:21-cv-02578   JURY DEMAND
Assigned To : Unassigned
Assign. Date : 10/4/2021
Description: Pro Se TRO (D-DECK)

THOMAS D. PALELLA
CLERK OF THE APPELLATE COURT, FIRST DISTRICT
160 NORTH LASALLE ST, RM S1400
CHICAGO, ILLINOIS 60601
312-793-5600.

On July 22, 2021 Petitioner Francisco Montes Jr filed a motion addressing Ill. Sup. ct. R 46 to Illinois Appellate Courts under case number 1-21-0573 on behalf of the preparation to the record where the return to that motion was considered moot with no answer granting or or denying it in the answer section.

Plaintiff would like Antitrust with Temporary Restraining Order established for himself and for mentioned children in request for forma pauperis.

If Defendant with the original Defendant on mentioned case number can not come to terms of the Antitrust the Plaintiff requests for a trial by jury on behalf of the complaint for civil rights violations.

Francisco Montes Jr.
P.O. Box 7927
Chicago, IL 60680
312-933-6433.

RECEIVED
OCT - 4 2021
Clerk, U.S. District and
Bankruptcy Courts